UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

AUGUST LARTIGUE, JR.

CIVIL ACTION NO. 2:09-cv-00262

VERSUS

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

JUDGE JAMES T. TRIMBLE
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Lartigue's appeal be GRANTED and the matter REMANDED for further proceedings consistent with the views expressed herein.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of July, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE