RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 11/29/11
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| AUGUST LARTIGUE | CIVIL ACTION NO. 09-262 |
| VERSUS | JUDGE TRIMBLE |
| MICHAEL J. ASTRUE | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation[1] of the magistrate judge previously filed herein, noting the absence of objections thereto, and concurring with the magistrate judge's findings under applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's motion[2] for attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d) is **DENIED** in all respects as untimely under that provision.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 29th day of November, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 24.
[2] R. 21.